IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| EZEKIEL GAMBLE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-095 |
| | ) | |
| WARDEN EDWARD PHILBIN; FNU SHELTON, Deputy Warden of Care and Treatment; and JOHN DOE, Commissioner Designee, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, incarcerated at Augusta State Medical Prison in Grovetown, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case. (Doc. no. 4.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 15th day of July, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA